UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MOHAMMED A. TIPOO,

        Plaintiff,

    v.

PORTFOLIO RECOVERY ASSOCIATES LLC, and
CORRECTIONS OFFICERS JOHN DOES 1-25,

        Defendants.
------------------------------------------------------------ X

JUDGMENT
24-cv-00131-BMC

    An Order to Show Cause of the Honorable Brian M. Cogan, United States District Judge, having been filed on January 8, 2024, directing either or both parties to show cause no later than 1/16/2024 why judgment should not be entered in favor of defendant, dismissing this case, pursuant to the Order Granting Defendant's Motion for Summary Judgment etc. entered in the United States District Court for the Southern District of California; and an Order having been filed on January 17, 2024, directing the Clerk of Court to enter judgment; it is

    ORDERED and ADJUDGED that judgment is hereby entered in favor of defendant; and that this case is dismissed.

Dated: Brooklyn, NY
       January 19, 2024

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
       Deputy Clerk